1

2

3

4

5

6

7

8                              IN THE UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10    XIONG NICK YANG,

11                 Petitioner,                No. CIV S-05-0943 DFL KJM P

12          vs.

13    JEANNE WOODFORD,

14                 Respondent.               ORDER
       _____/

15
             Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of
16
      habeas corpus under 28 U.S.C. § 2254.  Petitioner has not, however, filed an in forma pauperis
17
      affidavit or paid the required filing fee ($5.00).  See 28 U.S.C. §§ 1914(a); 1915(a).  Petitioner
18
      will be provided the opportunity to either submit the appropriate affidavit in support of a request
19
      to proceed in forma pauperis or submit the appropriate filing fee.
20
             In accordance with the above, IT IS HEREBY ORDERED that:
21
             1.  Petitioner shall submit, within thirty days from the date of this order, an
22
      affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee;
23
      petitioner's failure to comply with this order will result in the dismissal of this action; and
24
      /////
25
      /////
26

                                                    1

1      2.  The Clerk of the Court is directed to send petitioner a copy of the application

2  to proceed in forma pauperis by a prisoner used by this district.

3  DATED:  May 17, 2005.

4

5                                        _____
                                         UNITED STATES MAGISTRATE JUDGE
6

7

8

9

10  1/kf
    yang0943.101a
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26