IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

XIONG NICK YANG,

    Petitioner,                      No. CIV S-05-0943 DFL KJM P

    vs.

JEANNE WOODFORD,

    Respondent.                     ORDER

_____/

        Petitioner is a state prisoner proceeding pro se on a fee paid basis with a petition for a writ of habeas corpus under 28 U.S.C. § 2254, together with an application to proceed in forma pauperis.

        Petitioner has filed a motion asking that this action be stayed pending the exhaustion of state court remedies with respect to at least one of petitioner's claims. Under <u>Rhines v. Weber</u>, ___ U.S. ___, 125 S.Ct. 1528, 1535 (2005), petitioner is only entitled to a stay if he shows good cause for his failure to exhaust earlier, and that the unexhausted claims are potentially meritorious. Petitioner has not made this showing. Good cause appearing, the court will deny petitioner's motion to stay without prejudice to petitioner filing a second motion that addresses the requirements of <u>Rhines</u>. Alternatively, petitioner may file an amended habeas petition in which petitioner asserts only those claims that have been presented to and rejected by

1  the California Supreme Court.  Plaintiff's failure either to file a second motion to stay, or an
2  amended habeas petition, will result in a recommendation that this action be dismissed.
3          Accordingly, IT IS HEREBY ORDERED that:
4          1. Petitioner's August 26, 2005 motion to stay is denied;
5          2. Petitioner is granted thirty days within which to file a second motion for a stay
6  of this action pending the exhaustion of state court remedies, or an amended petition for habeas
7  corpus wherein petitioner asserts only claims which have been presented to, and rejected by the
8  California Supreme Court; and
9          3. The Clerk of the Court is directed to send petitioner a form application for writ
10 of habeas corpus under 28 U.S.C. § 2254.
11 DATED: October 27, 2005.

                                            UNITED STATES MAGISTRATE JUDGE

/kf
yang0943.sty