1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   **XIONG NICK YANG,**                          2:05-cv-0943 RRB KJM P

12                                Petitioner,    **ORDER**

13              **v.**

14   **JEANNE WOODFORD,**

15                                Respondent.

16

17            GOOD CAUSE APPEARING, Respondent's application for a 30-day

18   enlargement of time in which to file a response in this matter is hereby GRANTED.

19   Respondent's response is due on July 9, 2007.

20   Dated:  June 15, 2007.

21   _____
     U.S. MAGISTRATE JUDGE

22

23

24

25

26

27

28

Order

1