IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **XIONG NICK YANG,** | 2:05-cv-0943 RRB KJM P |
| Petitioner, | **ORDER** |
| v. | |
| **JEANNE WOODFORD,** | |
| Respondent. | |

GOOD CAUSE APPEARING, Respondent's application for a 30-day enlargement of time in which to file a response in this matter is hereby GRANTED. Respondent's response is due on or before September 7, 2007.

Dated: August 2, 2007.

_____
U.S. MAGISTRATE JUDGE

[Proposed] Order

1