IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

XIONG NICK YANG,

    Petitioner,               No. CIV S-05-0943 RRB KJM P

    vs.

JEANNE WOODFORD,

    Respondent.         ORDER

_____/

    Petitioner has requested an extension of time to file and serve a traverse. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's September 26, 2007 application for an extension of time is granted; and

    2. Petitioner is granted thirty-five days from the date of this order in which to file and serve a traverse.

DATED: October 4, 2007.

_____
U.S. MAGISTRATE JUDGE

/mp
yang0943.111(2)