IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

XIONG NICK YANG,

    Petitioner,               No. CIV S-05-0943 JAM KJM P

    vs.

JEANNE WOODFORD,

    Respondent.          <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's October 14, 2009 denial of his application for a writ of habeas corpus.  Before petitioner can appeal this decision, a certificate of appealability must issue.  28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).  The certificate of appealability must "indicate which specific issue or issues satisfy" the requirement.  28 U.S.C. § 2253(c)(3).

        A certificate of appealability should be granted for any issue that petitioner can demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different

/////

1

1  court, or is "'adequate to deserve encouragement to proceed further.'" <u>Jennings v. Woodford</u>,
2  290 F.3d 1006, 1010 (9th Cir. 2002) (quoting <u>Barefoot v. Estelle</u>, 463 U.S. 880, 893 (1983)).

3        Petitioner has made a substantial showing of the denial of a constitutional right
4  with respect to the following issue:  petitioner's rights to compulsory process and due process
5  were violated by the prosecution's scheme to keep petitioner's three co-defendants from
6  testifying.
7        Accordingly, IT IS HEREBY ORDERED that a certificate of appealability is
8  issued in the present action.
9  DATED:   December 16, 2009

                                                   /s/ John A. Mendez  
                                                 UNITED STATES DISTRICT JUDGE